Date: 09/09/11

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-30759 - JANSEN, MAREN S

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>1001 | 000005 | 129.95 | 0.63 |
| Remittance Total | | 129.95 | 0.63 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 SEP 12 AM 11:51 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1

Printed: 09/09/11 02:21 PM    Ver: 16.02b